NO. 07-02-0233-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JULY 17, 2002

______________________________

MINERVA ARENIVAR, APPELLANT

V.

PROVIDIAN NATIONAL BANK, APPELLEE

_________________________________

FROM THE COUNTY COURT AT LAW OF MOORE COUNTY;

NO. CL-113-98; HONORABLE DELWIN MCGEE, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Minerva Arenivar appealed from a summary judgment based on a sworn account entered in favor of appellee Providian National Bank.  She filed a timely notice of appeal on May 20, 2002.  However, appellant has now filed a motion in which she asks this court to dismiss the appeal.  

Because appellant has complied with the requirements of Rule of Appellate Procedure 42.1(a)(2), we hereby grant her motion to dismiss.  Furthermore, having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained, and our mandate will issue forthwith. 

John T. Boyd

 Chief Justice

Do not publish.